UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 15-0033-01 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| WILFRED RAY SMITH, II | * | MAG. JUDGE KAREN L. HAYES |

### REPORT AND RECOMMENDATION ON
### FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant, Wilfred Ray Smith, II, on May 13, 2015. Defendant was present with his counsel, Ms. Betty Marak.

After said hearing, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Count One of the Indictment is fully supported by a written factual basis for each of the essential elements of the offense. In addition, defendant disclaimed any interest in the property referenced in the forfeiture allegations of the Indictment.

Furthermore, both the government and the defendant have waived their right to object to the report and recommendation. Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the defendant, Wilfred Ray Smith, II, in accordance with the terms of the plea agreement filed in the

record of these proceedings, and that Wilfred Ray Smith, II be finally adjudged guilty of the offense charged in Count One of the Indictment.

      IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, the District Court immediately adopt the report and recommendation without passage of the customary delays.

      In Chambers, at Monroe, Louisiana, this 13th day of May 2015.

                                            KAREN L. HAYES
                                            UNITED STATES MAGISTRATE JUDGE