UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

UNITED STATES OF AMERICA     *     CRIMINAL NO. 15-0033-01

VERSUS     *     JUDGE ROBERT G. JAMES

WILFRED RAY SMITH, II     *     MAG. JUDGE KAREN L. HAYES

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Wilfred Ray Smith, II, and adjudges him guilty of the offense charged in Count One of the indictment against him.

In Chambers, at Monroe, Louisiana, this 13TH day of May, 2015.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE